DISTRICT OF OREGON
**F I L E D**
October 25, 2023
Clerk, U.S. Bankruptcy Court

**IT IS ORDERED AND NOTICE IS GIVEN THAT:**

(a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if this application and order thereon are timely served unless, within 30 days of the FILED date, a party files a written objection setting forth specific grounds for the objection with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of the fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and the bill is served on the debtor unless, within 14 days after service, a written objection is filed.

(b) The applicant must: (1) comply with all provisions in the court's Notice to Serve Document(s), and (2) serve this document and file the completed certificate of service using this document without any attachments other than a list of parties served using paper, if any.

**IT is hereby Further Ordered, that the requested fees shall be reduced by $74.00 because the time entry on 4/30/2021 includes reviewing claims, which is part of the fixed fee through confirmation. If Applicant wishes to be heard, he may request a hearing within 30 days of the date of this Order.**

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor

Case No. _____
Amended

**CHAPTER 13 DEBTOR'S ATTORNEY'S SUPPLEMENTAL-COMPENSATION APPLICATION; AND ORDER AND NOTICE THEREON**

1. This application is made by debtor's attorney (applicant).

2. In applicant's Chapter 13 Debtor's Attorney's Compensation Disclosure and Application on Local Bankruptcy Form (LBF) 1305, applicant selected [*check one*]:

    Schedule 2.(a)
    Schedule 2.(b)
    Schedule 3.

3.  This application [*check one*]    is    is not applicant's final application in this case.

4.  Applicant has previously been allowed compensation and expense reimbursement in the plan-confirmation order and any prior LBF 1307s in the total amount of $_____.  The court has previously awarded compensation and expense reimbursement to another attorney representing the debtor in the total amount of $_____.

5.  Applicant applies for supplemental allowance of compensation and expense reimbursement totaling $_____ for the period _____ through _____.  An itemized statement of services rendered and expenses incurred is attached [*see instruction below regarding the period to be covered by this statement*].  If this application is granted, the total amount allowed will be $_____.  If this application is final, it includes $_____ in anticipated additional fees to complete the case.  Other information affecting the amount requested, such as discounts included, is as follows:

6.  Allowance of this application will [*mark all that apply*]—

    not affect the distribution to creditors.

    delay the distribution to creditors by approximately ____ months.

    reduce the estimated distribution to general unsecured creditors from _____% to _____%.

    increase the total amount that the debtor will pay into the plan.

    not change the length of the plan, which is estimated to be ____ months.

    change the estimated length of the plan from ____ months to ____ months.

    not require the payment of additional funds, because the trustee currently holds sufficient funds to pay the requested fees and expenses.

    other:

7. If applicant has previously shared any compensation or there exists any agreement or understanding between applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case, other than as a member or regular associate of a firm of attorneys, the details of the sharing or sharing agreement, other than those disclosed in LBF 1305 or a prior LBF 1307, are as follows:

_____  _____
Date  Applicant's Signature

_____
Type or Print Applicant's Name        OSB#

_____
Applicant's Telephone Number

_____
Applicant's Service Address

_____

**CERTIFICATE OF SERVICE**

I certify that on _____ a copy of this application and order thereon (without attachments) and any Notice of Hearing prepared by the court per the judge's order were served on the debtor and, if the total amount requested exceeds $1,000, on all creditors (or if FRBP 2002(h) applies, only on each entity that is listed in FRBP 2002(h)). I have attached a clearly identified list of the names, addresses, and methods for service on all parties served using paper. The application served on creditors did not include the attachment, but any creditor may obtain a copy of the attachment upon request to applicant.

_____
Signature & Relation to Applicant

## INSTRUCTIONS

Do not serve this application until the judge has signed it at the top of the first page.

No application may be filed (a) if Schedule 1 was selected on LBF 1305, (b) to request fees and expenses less than $500 on a nonfinal LBF 1307, (c) sooner than six months after the last to be filed of the LBF 1305 or the most recent prior LBF 1307, if any, (d) after filing a final LBF 1307, or (e) after 28 days after service of the trustee's notice of plan completion (Local Bankruptcy Rule (LBR) 2016-1(e)(3)(A)).

If Schedule 2.(b) was selected—and even if an LBF 1306 was filed—the first LBF 1307 must include an itemized statement of all services rendered and expenses incurred in contemplation of or in connection with the case, both before and after the petition date, and it must reflect the paid amounts listed in the LBF 1305 and amounts allowed in the confirmation order (LBR 2016-1(e)(3)(B)).

The presumptively reasonable compensation for preparation of each LBF 1307 is $100 (LBR 2016-1(e)(3)(C)).

If allowance of the compensation requested in an LBF 1307 will require a plan modification, the debtor must, within 28 days after allowance of this application, file either a Notice of Postconfirmation Amendment of Plan on LBF 1355.10 and a proposed amended plan on the appropriate LBF or a statement why none has been filed. (LBR 2016-1(e)(3)(D)).

Period to be covered by itemized statement of services required by paragraph 5:

- For the first LBF 1307 filed by an applicant who selected Schedule 2.(a) in LBF 1305, the period begins the day after the court entered the order confirming plan.

- For the first LBF 1307 filed by an applicant who selected Schedule 2.(b) in LBF 1305, the period begins the first date of the services for which applicant sought compensation in the LBF 1305 (paragraph 4.c.i).

- For any second or subsequent LBF 1307, the period begins the day after the prior application period ended.

# Northwest Debt Relief Law Firm

650 NE Holladay St. Ste 1600

Portland, OR 97232

Phone: (503) 232-5303  |                                                                                           Fax: (866) 241-4176

Tiana Jackson                                                                                                             October 12, 2023
20365 SW Rock Ct
Beaverton, OR 97003

## Case No. 21-30359

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/13/2021 | Review order confirming plan; draft letter to client | J.W. | 185.00/hr | .20 | $37.00 |
| 4/30/2021 | Claims review; draft letter to client re possible interest on late filed tax returns | J.W. | 185.00/hr | .40 | $74.00 |
| 5/5/2021 | Review 2020 tax return; reconcile with income schedules; recalculate feasibility due to 2020 tax debts; email to trustee; email to client | J.W. | 185.00/hr | .35 | $64.75 |
| 5/24/2021 | Review email from client and claims register; draft email to IRS agent; draft email to client | J.W. | 185.00/hr | .30 | $55.50 |
| 5/28/2021 | Review IRS amended claim, case file and trustee ledger (.5); email to client re increasing plan payment (.1) | J.W. | 185.00/hr | .60 | $111.00 |
| 6/11/2021 | Confer w/paralegal and review case file; phone conference with client re payment increase for taxes. | D.G. | 370.00/hr | .40 | $148.00 |
| 3/8/2022 | Review file for 2021 tax returns; draft letter to client re submitting returns | J.W. | 205.00/hr | .20 | $41.00 |
| 3/13/2023 | Review file for 2022 tax returns; draft letter to client re submitting returns | J.W. | 205.00/hr | .20 | $41.00 |
| 3/15/2023 | List of missing 2021 returns from trustee; review file; draft email to client | J.W. | 205.00/hr | .20 | $41.00 |
| 5/4/2023 | Review trustee list of missing tax returns and client file; draft email to client | J.W. | 205.00/hr | .25 | $51.25 |
| 8/2/2023 | Review trustee motion to dismiss and case file; draft email to client | J.W. | 205.00/hr | .25 | $51.25 |
| 8/10/2023 | Review 2021 and 2022 tax returns; reconcile with income schedules; email to trustee; email to client | J.W. | 205.00/hr | .40 | $82.00 |
| 8/18/2023 | Review file; phone call to client re status of documents requested | J.W. | 205.00/hr | .20 | $41.00 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/22/2023 | Review docs from client (.25); update schedules (.3); email questions to client (.1) | J.W. | 205.00/hr | .65 | $133.25 |
| 9/7/2023 | Review income and expense changes in prep for client meeting | T.M. | 390.00/hr | .20 | $78.00 |
| 9/8/2023 | Prepare for and conduct meeting with client regarding income increase and potential increases in expenses post-petition | T.M. | 390.00/hr | .40 | $156.00 |
| 9/8/2023 | Update IJ post client meeting | T.M. | 390.00/hr | .10 | $39.00 |
| 9/8/2023 | Phone and email exchange re allowable new expenses | T.M. | 390.00/hr | .10 | $39.00 |
| 10/4/2023 | Two phone calls to client | T.M. | 390.00/hr | .10 | No Charge |
| 10/4/2023 | Review amended schedules IJ and send on to client with explanatory email regarding real expenses versus allowable expenses | T.M. | 390.00/hr | .10 | $39.00 |
| 10/4/2023 | Phone call with client confirming payment proposal and FU text to JW re next steps | T.M. | 390.00/hr | .10 | $39.00 |
| 10/6/2023 | Review trustee email and proposed order amending plan; draft email to client; confer w/attorney; draft response to trustee; finalize amendment for signature | J.W. | 205.00/hr | .40 | $82.00 |
| 10/6/2023 | Review and approve order on amended plan | T.M. | 390.00/hr | .10 | $39.00 |
| 10/10/2023 | Review order amending plan; draft letter to client | J.W. | 205.00/hr | .25 | $51.25 |
| 10/12/2023 | Review signed amendment; finalize for filing | J.W. | 205.00/hr | .20 | $41.00 |
| 10/12/2023 | Review fee itemization and impact on plan; prepare fee application | J.W. | 100.00/hr | 1.00 | $100.00 |
| | | | SUBTOTAL: | 7.65 | $1,675.25 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 4/13/2021 | Envelope and postage | $1.00 |
| 4/30/2021 | Envelope and postage | $1.00 |
| 3/8/2022 | Envelope and postage | $2.00 |
| 3/13/2023 | Envelope and postage | $2.00 |
| 10/10/2023 | Envelope and postage | $2.00 |
| | SUBTOTAL: | $8.00 |

TOTAL: $1,683.25

| Initials | Member | Rate/Hour |
|---|---|---|
| TM | Tom McAvity | $390.00 |
| JW | Jeff Williams | $205.00 |
| MP | Melissa Phillips | $205.00 |
| DG | Dan Garner* | $370.00 |

*No longer with NW Debt Relief